## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Yong Li,**
         **Plaintiff**

    v.

**Irvin H. Korris and United Healthcare Svs., Inc.,**
         **Defendant**

CIVIL ACTION

NO.  08-11536-NMG

### Order of Dismissal
### 6/24/10

  Gorton,  D. J.

In accordance with the Courts adoption of the Report and Recommendation (Docket No. 31), granting motion to dismiss, it is hereby Ordered this case is Dismissed.

**Approved,**

 /s/ Nathaniel M. Gorton,
**United States District Judge**

**By the Court,**

 /s/ Craig J. Nicewicz
**Deputy Clerk**

**(Dismendo.ord - 09/92)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**[odism.]**